531 A.2d 1110
COMMONWEALTH of Pennsylvania, Appellant,
v.
William POWELL, Appellee.
Supreme Court of Pennsylvania.
Submitted Sept. 16, 1986.
Decided Oct. 9, 1987.

William M. Panella, Dist. Atty., Anthony J. Kosciuszko, Asst. Dist. Atty., New Castle, for appellant.

S. Sanford Kantz, New Castle, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

The judgment of sentence entered against Appellee on July 19, 1985, by the Court of Common Pleas of Lawrence County is hereby vacated and the matter is ordered remanded for re-sentencing in accordance with *Commonwealth v. Church*, 513 Pa. 534, 522 A.2d 30 (1987).